*Attachment A - Bivens Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Lazaro Quinones-Cedeno.     06288-000

*(Enter above the full name of the plaintiff or plaintiffs in this action)*     *(Inmate Reg. # of each Plaintiff)*

v.

BUREAU OF PRISONS. et, al,
Ms. C. BARKER. Kitchen Supervisor,

Ms. BARBARA RICKARD. Ex-warden.

ROLDAN RANDAN. SIS. Lt.

C. MOORE. SIS.     Defendants,

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NO. 1:20-cv-00464
*(Number to be assigned by Court)*

Defendant(s).

## COMPLAINT

**I.     Parties**

    A.     Name of Plaintiff:     Lazaro Quinones-Cedeno.

        Inmate No.:     06288-000

        Address:     Federal Correctional Institution Hazelton,

                      P.O. Box 5000   Bruceton Mills, West Virginia.

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

C.  Name of Defendant: Ms. M. Caver.

Position: Associate Warden and Acting Warden. Remedy Coordinator.

Place of Employment: Federal Correctional Institution, McDowell. P.O. Box 1029  Welch, West Virginia. 24801

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: K. Rish.

Position: Associate Warden and Acting Warden.

Place of Employment: Federal Corrctional Institution, McDowell. P.O. Box 1029  Welch, West Virginia. 24801

Name of Defendant: Daniel P. Munn.

Position: Captain.

Place of Employment: Federal Correctional Institution, McDowell. P.O. Box 1029  Welch, West Virginia. 24801.

(See Attachment.)

2

E.   Name of Defendant: D. Mayle.

    Position: Lieutenant.

    Place of Employment: Federal Correctional Institution, McDowell

    P.O. Box 1029 Welch, West Virginia. 24801

F.   Name of Defendant: C. Looney.

    Position: Foreman Cook.

    Place of Employment: Federal Correctional Institution, McDowell

    P.O. Box 1029 Welch, West Virginia. 24801

G.   Name of Defendant: Ms. M. Leslie.

    Position: DHO

    Place of Employment: Federal Correctional Institution, McDowell

    P.O. Box 1029 Welch, West Virginia. 24801

H.   Name of Defendant: K. Hurd.

    Position: Correctional Officer.

    Place of Employment: Federal Correctional Institution, McDowell.

    P.O. Box 1029 Welch, West Virginia. 24801

I.   Name of Defendant: K. Handley.

    Position: Correctional Officer.

    Place of Employment: Federal Correctional Institution, McDowell.

    P.O. Box 1029 Welch, West Virginia. 24801

J.   Name of Defendant: D. Martin.

    Position: Lieutenant.

    Place of Employment: Federal Correctional Institution, McDowell.

    P.O. Box 1029 Welch, West Virginia. 24801

II. **Place of Present Confinement**

Name of Prison/Institution: <u>Federal Correctional Institution. Hazelton.</u>

A. Is this where the events concerning your complaint took place?

Yes _____ No __X__

If you answered "no," where did the events occur? <u>F.C.I. Williamsburg, SC.</u>
<u>It statrted in that facility then spread to F.C.I. McDowell,</u>
<u>W.Va. and F.C.I. Hazelton, W. Va.</u>

B. Is there a prisoner grievance procedure in this institution?

Yes __X__ No _____

C. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes __X__ No _____

If you answered "no," explain why not: _____
<u>Not-Applicable.</u>

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): <u>Level III. ID. 1007189-R1, IR. 3204610</u>
See Exhibit: A-B-C-/ /Level III ID. 986547-A1. IR. No. 3217644 Exhausted
See Exhibit D, E, As to Remedies ID. 969693-R2, ID. 967800-R4, See Exhibit F.,
ID.918649-A1, Exhausted and ID. 939314-R2. See Exhibit G. all these only I've recived
run-around treatment from different offices.

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes __X__ No _____

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

Plaintiff(s): <u>LAZARO QUINONES-CEDENO.</u>

Defendant(s): <u>Ms. Barbara Rickard ex-warden, Roldan Randan. SIS. Lt.</u>

3

(See Attachments.)

III. Previous Lawsuits (PAGes 2 of 3)

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

        Yes __X__      No ____

    B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        1. Parties to the previous lawsuit:

        Plaintiff(s): __Lazaro Quinones-Cedeno.__

        Defendant(s): __M.B. Antonelli. FCC Warden, Paul Adams. FCI Warden E. Garcia. Associate Warden.__

        2. Court (if federal court, name the district; if state court, name the county);

        __U.S. District Court, Northern District of West Virginia.__

        3. Docket Number: __5:20-cv-50__

        4. Name of judge to whom case was assigned: __John Presto Bailey.__

        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Dismmised__

        6. Approximate date of filing lawsuit: __March 16, 2020__

        7. Approximate date of disposition: __May 14, 2020__

III. **Previous Lawsuits** (Pages 3 of 3)

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

    Yes __X__    No _____

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

   Plaintiff(s): Lazaro Quinones-Cedeno.

   Defendant(s): Ms. M. Bluemling, Ms. J. Ridenour. Teachers. Ms. M. Thompkis Supervisor P. Adams. FCI Warden Ms. K. Bankson, Nurse. R. Rickart. Campound officer.

2. Court (if federal court, name the district; if state court, name the county);

   U.S District Court. Northern District of West Virginia.

3. Docket Number: 5:20-cv-53

4. Name of judge to whom case was assigned: John Preston Bailey.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   "Pending."

6. Approximate date of filing lawsuit: March 18, 2020

7. Approximate date of disposition: "None."

III. **Previous Lawsuits** (PAGes 4 of 3)

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

        Yes __X__        No _____

    B.   If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        1.   Parties to the previous lawsuit:

            Plaintiff(s): __Lazaro Quinones-Cedeno.__

            Defendant(s): __W. Healey, J. Handlin, T. Thorne, Foreman Cooks.__
                      __R. Reckart. Compound officer.__

        2.   Court (if federal court, name the district; if state court, name the county);

            __U.S. District Court. Northern District of West Virginia.__
                    __(Clersburg Division.)__

        3.   Docket Number: __1:20-cv-00048__

        4.   Name of judge to whom case was assigned: __Thomas S. Klech.__

        5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __"Pending."__

        6.   Approximate date of filing lawsuit: __March 18, 2020.__

        7.   Approximate date of disposition: __"None."__

III. **Previous Lawsuits** (PAGES 5 of 3)

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

        Yes __X__        No _____

    B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        1. Parties to the previous lawsuit:

           Plaintiff(s): LazaroQuinones-Cedeno.

           Defendant(s): Ms. Jennifer Resh, Ms. K. Bankson. Nurses P. Adams. FCI Warden

        2. Court (if federal court, name the district; if state court, name the county);

           U.S District Court, Northern District of West Virginia. (Martinsburg Division.)

        3. Docket Number: 3:20-cv-50

        4. Name of judge to whom case was assigned: Gina M. Groh.

        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) "Pending."

        6. Approximate date of filing lawsuit: March 18, 2020.

        7. Approximate date of disposition: "None."

III. Previous Lawsuits (Pages 6 of 3)

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

        Yes __X__      No _____

    B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        1. Parties to the previous lawsuit:

        Plaintiff(s): Lazaro Quinones-Cedeno.

        Defendant(s): Ms. J. Ridenour, Ms. M. Bluemling. Teachers. Ms. M. Tompkis Education Supervisor, M.B. Antonelli. FCC Warden, P. Adams. F.C.I. Warden, E. Garcia. Associate Warden.

        2. Court (if federal court, name the district; if state court, name the county);

        U.S. District Court of W.V. Northern District of West Virginia. (Martinsburg Division.)

        3. Docket Number: 3:20-cv-88

        4. Name of judge to whom case was assigned: Gina M. Groh.

        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) "Pending."

        6. Approximate date of filing lawsuit: June 02, 2020

        7. Approximate date of disposition: "None."

III. Previous Lawsuits (Pages 2 of 3)

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

        Yes __X__   No _____

    B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        1. Parties to the previous lawsuit:

            Plaintiff(s): Lazaro Quinones-Cedeno.

            Defendant(s): J.A. Keller. S.E.R.O. Director,

        2. Court (if federal court, name the district; if state court, name the county):

            U.S. District Court for the Northern District of Georgia.

        3. Docket Number: 1:20-cv-2577

        4. Name of judge to whom case was assigned: Russell G. Vineyard.

        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) "Pending."

        6. Approximate date of filing lawsuit: June 19, 2020

        7. Approximate date of disposition: "None."

2. Court (if federal court, name the district; if state court, name the county);

U.S. District Court. Southern District of WV.
(Bluefield Division.)

3. Docket Number: 1:19-cv-00064

4. Name of judge to whom case was assigned: Omar J. Alboulhosn.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
Dismissed."

6. Approximate date of filing lawsuit: January 25, 2019

7. Approximate date of disposition: June 08, 2020

## IV. Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

Daniel P. Munn, Captain at FCI McDowell, WV, Facility showed the (FBOP) that he can lead by demostrating his responsibilities as such, with love, by stopping a conspiracy to hide and alter evidences of obstruction of Due Process by Barbara Rickard, ex-warden, Roldan Raldan, SIS LT. And other staff officials mentioned in this complaint.

They were holding, withholding and tampering with legal documents in remedies ID. 918649-A1 and ID. 939314-R2, (Read Exhibit G-H) covering up I.A. Keller, Director at Southeast Reg. Office, Atlanta, GA. and M.B. Antonelli, who was the Warden at FCI Williamsburg, SC., by that time, in violation of the First,

4

(See Attachments.)

Statement of Claim Continued (Page 2 of 4)

Fifth Amendment Due Process Rights, failing to deliver the remedy rejection in a timely fashion and by failing to provide notice of non-delivery. However, retaliation ensued upon Plaintiff and he was placed in the Special Housing Unit (SHU) December 20, 2018, with a fabricated Incident Rpt. No. 3204610, Code 307 Remedy ID. 1007189-R1 by Ms. C. Barker, Kitchen Supervisor (see Exhibit A-B-C) "Threatening Another with bodily harm" which was mixed in Mid-Atlantic Reg. Appeal with IR. No. 3340172, Code 112 "Use of Drug/Alcohol, from 12/14/2019 in FCI Beckley, WV., to find Plaintiff erroneously guilty of charge he does not committed, (see Exhibit D) This appeal should be in process in the Office of the General Counsel, Central Office. Since May 05, 2019.

It is true that prison system do have a history of transferring inmates who report complaints, file grievances or file law-suit. The problem is systematic, wide spread and covered up by any fabricated reason they want. On Thursday, August 08, 2019, Plaintiff was triggered with a retaliatory prison transfer from FCI McDowell to FCI Hazelton, WV., in order for staff to get away with all irregularities and abuse against Plaintiff in FCI McDowell, WV., (SHU) covering up J. A. Keller and M. B. Antonelli, who were terminated April 01 2019, by U.S. District Court, Southern District of WV. (Bluefield Division) Judge Omar J. Alboulhosn, from Civil Case No. 1:19-cv-00064, for not having Jurisdiction over those Defendants in Texas, South Carolina, and Atlanta, GA. The case continued open against Ms. Barbara Rickard, ex-warden, Roban Randan sis Lt. and the aforementioned staff in this complaint, for obstruction of Due Process and expressing

Statement of Claim Continued (Page 3 of 4)

they dislike, hate, etc., toward Captain Daniel P. Hunn, through Plaintiff (See Exhibit E) to the point of staff setting Plaintiff up to be beat up by a drugged inmate in the Special Housing Unit (SHU) Sunday, January 27, 2019, (After U.S. District Court filed civil case 1:19-cv-00064 January 25, 2019) remedy ID. 986547-A1 (Exhausted) Incident Rpt. No. 3217644, Code 201. (See Exhibit-D.) Also, After Plaintiff filed Grievances Remedy ID. 969693-R2, on Wednesday, January 26, 2019 And Remedy ID. 967800-R1, on Wednesday, January 23, 2019, (See Exhibit-F.) which were Destroyed by FCI McDowell, WV., Associate Warden, Remedy Coordinator And Acting Warden Ms. M. Caven. And Mid-Atlantic Reg. Office in MD. D.T. Harmon, Director.

They were covering up the bigger Act of Sabotage Plaintiff has ever seen in a facility Against a Captain (Daniel P. Hunn) And the secure running operating facility. The occurring incident Sunday, November 11, 2018, @ 12:45 P.M., in FCI McDowell WV., Yard. Someone from the outside throwing drugs And other contrabands over the fence in front of a security (C. Stark) Hush truck parked 1/4 mile facing the scene.

Therein lies the problem that brought Plaintiff into this hostility by staff officials and officers toward Plaintiff (See Exhibit E) which has spread through FCC Beaumont, Texas, FCI Bennettsville, FCI Williamsburg, SC., FCI McDowell And FCI Hazelton, WV. J.A. Keller, Director At SERO, Atlanta, GA., M.B. Antonelli, Now FCC Hazelton, WV. Warden, Paul Adams, FCI Hazelton, WV. Warden And All staff officials And officers mentioned in this complaint, Aiding And Abetting in a conspiracy to get rid of FCI McDowell WV., Captain Daniel P. Hunn, which Plaintiff has become a victim of.

Statement of Claim continued (page 1 of 1)

This seems to be the core of this systematic pattern of racism, abuse and false fabrication against Plaintiff all along trying to get away with this harsh, abuse of power and authority and corruption, by the Administration putting their staff's job at risk. These actions and omissions constitute violations of the First, Fifth and Eight Amendment of the U.S. Constitution.

All this complaints and civil cases are one issue. The U.S. Southern District Court of West Virginia, misconstrued Plaintiff Declaration (Documents No. 58-61) in a Civil Case No. 1:19-cv-00064 in an attempt to initiate four new civil actions pursuant to Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotic. The Declaration were attempt on behalf of Plaintiff to state to the court the obstruction of Justice and abuse of power that staff at FCI McDowell and FCI Hazelton, WV., were/are conducting in order to interfere with Plaintiff legal process.

Plaintiff has been trying to file on a continuous, systematic deprivation of his rights no to be punished or targeted for making use of the Inmate Grievance procedure. Plaintiff only wish to add defendants to his suit, not to open new actions.

This action is being pursued under Bivens V. Six Unknown DEA Agents against the Bureau of Prisons. et, al,

V.  **Relief**

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff wants the court award a compensation damages of $1000000.00 Dollars, for suffering humiliation and being hit with a retaliatory prison transfer. To order Defendants to pay the full fee in this case. Plaintiff is also asking to have his GCT. restored and the wrong done to him righted. Permanent injuctions and/or writ of prohibition and mandamus for filing this lawsuit. The administration to cease and

Signed this 05 day of July, 20 20.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 day of July 2020.
            (Date)

_____
Signature of Plaintiff

5

V. Relief continued (Page 2 of 5)

Desist obstructing the Due Process Rights of Inmates. A fair Medical treatment of Inmates.

Plaintiff is also requesting Associate Warden Ms. M. Caven, Kitchen Supervisor Ms. C. Barlow, SIS. C. Moore, LT. D. Martin, Associate Warden B. Rish, Officers K. Hurd and K. Handley DHO Ms. M. Leslie, SIS LT. Roldan Randam in FCI McDowell, WV. to be terminated from the Bureau of Prisons, for abuse of Power and authority and obstruction of Justice.

We know that the law is good if ones use it lawfully. 1 Tim. 1-8

Please assure that no retaliatory actions is taking against Plaintiff by any staff Member for filing this lawsuit. Thanks

[signature]
05/07/2020

**POSTAL SERVICE.**

**P** US POSTAGE PAID
$0.00
Origin: 26525
07/06/20
5511100644-08

PRIORITY MAIL 2-DAY ®

1 Lb 10.80 Oz
1004

EXPECTED DELIVERY DAY: 07/09/20

C001

SHIP TO:
601 FEDERAL ST
BLUEFIELD WV 24701-3066

USPS TRACKING® NUMBER

9505 5117 5596 0188 2936 56

FROM:

"Legal Mail"
LAZARO QUINONES-CEDENO, 06288-000
HAZELTON FCI     UNT: M2     QTR: M03-122L
P.O. BOX 460
BRUCETON MILLS, WV 26525

TO:
CLERK, UNITED STATES DISTRICT COURT
ELIZABETH KEE FEDERAL BUILDING
601 FEDERAL STREET, ROOM 1000
BLUEFIELD, WV 24701



U.S. MARSHALS SERVICE
X-RAYED

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

0001000014

"Legal Mail."



